**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE WEEKS<br><br>Plaintiff(s),<br><br>v.<br><br>GC SERVICES, LIMITED PARTNERSHIP<br><br><br>Defendant(s). | CASE NO:<br>2:19−cv−10603−FMO−RAO<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 10, 2020         /s/ *Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge